ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 64397 |
| | ) |
| Under Contract No. GS-03F-137DA | ) |
| D.O. 80NSSC22FA905 | ) |

APPEARANCE FOR THE APPELLANT:     Donald J. Walsh, Esq.
                                                                  RKW, LLC
                                                                  Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:     Karen M. Reilley, Esq.
                                                                          NASA Chief Trial Attorney
                                                                      Carolyn J. Tolman, Esq.
                                                                          Trial Attorney
                                                                          Stennis Space Center, MS

ORDER OF DISMISSAL

The appeal has been withdrawn.  At the parties' request, it is dismissed from the Board's docket without prejudice pursuant to Board Rule 18(b).

Dated:  February 6, 2026

_____
OWEN C. WILSON
Acting Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64397, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated: February 6, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals